AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

|  |  |
|---|---|
| In the Matter of the Search of<br>1401 North 43rd Avenue, Phoenix, Arizona, 85009,<br>Apartment 2040 and assigned parking space 115. | Case No. 23-5109 MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before ___4/1/23___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _March 20, 2023 5:25 pm_          _Deborah M._
                                                                              *Judge's signature*

City and state: <u>Phoenix, Arizona</u>          <u>Honorable Deborah M. Fine, U.S. Magistrate Judge</u>
                                                                        *Printed name and title*

## ATTACHMENT A

*Property to be searched*

Subject premises is apartment 2040 within the Whispering Palms Estates apartment complex located at 1401 North 43rd Avenue, Phoenix, Arizona 85009, and parking space 115. Apartment 2040 is currently rented by Soyla VALENCIANO-Segovia.



## ATTACHMENT B

*Property to be seized*

1.  Any illegal controlled substances;

2.  Books, records, receipts, notes, ledgers, invoices, and any other documentation related to importation, transportation, or harboring of illegal aliens, or the manufacture, importation, transportation, ordering, purchase, sale, or distribution of controlled substances;

3.  Human smuggling or drug trafficking ledgers, customer lists, inventory lists, weights and prices, dealer lists, criminal associates lists, or any notes containing the individual names of such persons, telephone numbers or addresses of these customers or dealers, and any records of accounts receivable, money paid or received, drugs supplied or received, the movement of illegal aliens, cash received for the importation, transportation, or harboring of illegal aliens or narcotics, or to be paid for controlled substances, or intended to be paid for controlled substances;

4.  Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money;

5.  United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

6.  Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

7.  Currency counters;

8.  Indicia of occupancy, residency, rental, ownership, or use of the Subject

Premises and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

9.      Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, real and personal property, firearms, human smuggling, or controlled substances;

10.      Paraphernalia related to bringing in a harboring of aliens, including materials commonly used for transporting illegal aliens, including but not limited to cellular telephones, camouflage items, carpet booties, etc.;

11.      Paraphernalia related to the importation, transportation, use, or distribution of controlled substances or proceeds from the sale of controlled substances, including materials commonly used for the clandestine shipment thereof, including but not limited to, scales, bottles, mixing bowls, spoons, grinders, cutting agents, cutting boards, baggies, knives/razors, plastic wrap/cellophane, tape, seals, boxes, packaging materials, scent masking agents, shipping labels, and storage containers;

12.      Firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition in connection with human smuggling or drug trafficking.

13.      Computers, cellular telephones, tablets, and other media storage devices, such as thumb drives, CD-ROMs, DVDs, Blu Ray disks, memory cards, and SIM cards (hereafter referred to collectively as "electronic storage media");

14.      Records evidencing ownership or use of electronic storage media, including sales receipts, registration records, and records of payment;

2

15.     Any records and information found within the digital contents of any electronic storage media seized from the Subject Premises, including:

    a.  all information related to the importation, transportation, or monetary funds exchanged, and communications related to human smuggling.

    b.  all information related to the sale, purchase, receipt, shipping, importation, transportation, transfer, possession, or use of drugs, drug packaging, and weapons;

    c.  all information related to buyers or sources of drugs or weapons (including names, addresses, telephone numbers, locations, or any other identifying information);

    d.  all bank records, checks, credit card bills, account information, or other financial records;

    e.  all information regarding the receipt, transfer, possession, transportation, or use of drug or human smuggling proceeds;

    f.  any information recording schedule or travel;

    g.  evidence of who used, owned, or controlled the electronic storage media at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, correspondence, and phonebooks;

    h.  evidence indicating how and when the electronic storage media were accessed or used to determine the chronological context of electronic storage media access, use, and events relating to crime under investigation and to the electronic storage media user;

i.  evidence indicating the electronic storage media user's state of mind as it relates to the crime under investigation;

j.  evidence of the attachment to an electronic storage medium of another storage device or similar container for electronic evidence;

k.  evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the electronic storage media;

l.  evidence of the times the electronic storage media were used;

m. passwords, encryption keys, and other access devices that may be necessary to access the electronic storage media;

n.  documentation and manuals that may be necessary to access the electronic storage media or to conduct a forensic examination of the electronic storage media;

o.  records of or information about Internet Protocol addresses used by the electronic storage media;

p.  records of or information about the electronic storage media's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any internet search engine, and records of user-typed web addresses;

q.  contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, motion pictures, or photocopies). This shall include records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address

4

books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the computer, electronic device, or other storage medium.

This warrant authorizes a review of records and information seized, copied or disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, HSI may deliver a complete copy of the seized, copied, or disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>23-5109MB | Date and time warrant executed:<br>03/21/2023 6:12 pm | Copy of warrant and inventory left with:<br>On the kitchen table |

Inventory made in the presence of :
SA Robert Morin

Inventory of the property taken and name of any person(s) seized:

Please see the attached 6051s documenting the items seized.

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

RODOLFO T RODRIGUEZ

Digitally signed by RODOLFO T RODRIGUEZ
Date: 2023.04.12 15:07:26 -07'00'

*Executing officer's signature*

Rodolfo T. Rodriguez, Special Agent-HSI

*Printed name and title*

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 1

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2023260700006301 | | 2. Incident No. 2023SZ0047287 | | |
|---|---|---|---|---|
| 3. Investigative Case No. SS15BX21SS0007 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☐ No ☑ If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 03/21/2023 | 7. Time Seized (Use 24 Hrs) 18:12 | 8. FDIN/Misc. |
| 9. Seized From: Name: HOYOS TERAN, RAMON VENANCIO Address: 1401 N 43rd Ave, 2040 Phoenix, AZ, 85009, US Telephone No. | | 10. Entry No. | | |
| | | 12. Remarks: SP000000000000461239 | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0001 | R. Hoyos Teran Fraudulent LPR Card | 1 | BG | 1 | EA | $ 0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Rodriguez, Rodolfo | X | | 3/20/23 |
| Print Name | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0001 | R. Hoyos Tera Fraudulent Card | R. Rodriguez | | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



DHS Form 6051S(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 2

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2023260700006301 | | 2. Incident No. 2023SZ0047287 | | | |
|---|---|---|---|---|---|
| 3. Investigative Case No. SS15BX21SS0007 | | 4. EID Event Number | | | |
| 5. Prior Detention? Yes   No   If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 03/21/2023 | 7. Time Seized (Use 24 Hrs) 18:12 | | 8. FDIN/Misc. |
| 9. Seized From: | | 10. Entry No. | 11. Seal or Other ID Nos. | | |
| Name:     HOYOS TERAN, RAMON VENANCIO Address:   1401 N 43rd Ave, 2040 Phoenix, AZ, 85009, US Telephone No. | | 12. Remarks: SP000000000000461240 | | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0002 | R. Hoyos Fraud Social Security Card | 1 | BG | 1 | EA | $     0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | | |
|---|---|---|---|---|
| Rodriguez, Rodolfo | | X | | 3/20/23 |
| Print Name | | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0002 | R. Hoyos Fraud Social S. Card | R. Rodriguez | | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



DHS Form 6051S(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 3

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No.<br>2023260700006301 | | 2. Incident No.<br>2023SZ0047287 | | | |
|---|---|---|---|---|---|
| 3. Investigative Case No.<br>SS15BX21SS0007 | | 4. EID Event Number | | | |
| 5. Prior Detention?<br>Yes   No   If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy)<br>03/21/2023 | 7. Time Seized (Use 24 Hrs)<br>18:12 | | 8. FDIN/Misc. |
| 9. Seized From:<br>Name:   HOYOS TERAN, RAMON<br>         VENANCIO<br>Address:   1401 N 43rd Ave, 2040<br>          Phoenix, AZ, 85009, US<br>Telephone<br>No. | | 10. Entry No. | 11. Seal or Other ID Nos. | | |
| | | 12. Remarks: | SP000000000000461241 | | |
| 13. Send Correspondence to:<br>U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271 | | | | | |

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0003 | Misc ID Cards Found in Wallet | 1 | BG | 1 | EA | $   0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Rodriguez, Rodolfo | X | | 3/20/23 |
| Print Name | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0003 | Misc ID Cards Found in Wallet | R. Rodriguez Ros. | | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



DHS Form 6051S(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 4

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2023260700006301 | | | 2. Incident No. 2023SZ0047287 | | | |
|---|---|---|---|---|---|---|
| 3. Investigative Case No. SS15BX21SS0007 | | | 4. EID Event Number | | | |
| 5. Prior Detention? Yes   No   If yes, DHS 6051D No. | | | 6. Date Seized (mm/dd/yyyy) 03/21/2023 | 7. Time Seized (Use 24 Hrs) 18:12 | 8. FDIN/Misc. | |
| 9. Seized From: Name:     HOYOS TERAN, RAMON VENANCIO  Address:   1401 N 43rd Ave, 2040 Phoenix, AZ, 85009, US  Telephone No. | | | 10. Entry No. | 11. Seal or Other ID Nos. | | |
| | | | 12. Remarks:  ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ SP000000000000461242 | | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0004 | Room B Misc Documents | I | BG | I | EA | $   0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Rodriguez, Rodolfo | X _____ | | 3/20/23 |
| Print Name | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0004 | Room B. Misc Docs | R. Rodriguez | | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 5

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2023260700006301 | | 2. Incident No. 2023SZ0047287 | | |
|---|---|---|---|---|
| 3. Investigative Case No. SS15BX21SS0007 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes   No   If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 03/21/2023 | 7. Time Seized (Use 24 Hrs) 18:12 | 8. FDIN/Misc. |
| 9. Seized From: Name:   HOYOS TERAN, RAMON   VENANCIO Address:   1401 N 43rd Ave, 2040   Phoenix, AZ, 85009, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks:   SP000000000000461243 | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPPO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0005 | Ledger (Small Note Pad) | 1 | BG | 1 | EA | $   0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer   Rodriguez, Rodolfo | X | 3/20/23 |
|---|---|---|
| Print Name | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0005 | Ledger (small Note Pad) | R. Rodriguez SUPV |  | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original

DHS Form 6051S(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 6

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2023260700006301 | | 2. Incident No. 2023SZ0047287 | | |
|---|---|---|---|---|
| 3. Investigative Case No. SS15BX21SS0007 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes   No   If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 03/21/2023 | 7. Time Seized (Use 24 Hrs) 18:12 | 8. FDIN/Misc. |
| 9. Seized From: Name:   HOYOS TERAN, RAMON VENANCIO  Address:   1401 N 43rd Ave, 2040 Phoenix, AZ, 85009, US  Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: | SP000000000000461244 | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0006 | Small Blue Ledger | 1 | BG | 1 | EA | $ 0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Rodriguez, Rodolfo | X | | 3/20/23 |
| Print Name | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0006 | Small Blue ledger | Rodriguez Sr. |  | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original

DHS Form 6051S(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 7

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2023260700006301 | 2. Incident No. 2023SZ0047287 | | |
|---|---|---|---|
| 3. Investigative Case No. SS15BX21SS0007 | 4. EID Event Number | | |
| 5. Prior Detention? Yes   No   If yes, DHS 6051D No. | 6. Date Seized (mm/dd/yyyy) 03/21/2023 | 7. Time Seized (Use 24 Hrs) 18:12 | 8. FDIN/Misc. |
| 9. Seized From: Name: HOYOS TERAN, RAMON VENANCIO  Address: 1401 N 43rd Ave, 2040 Phoenix, AZ, 85009, US  Telephone No. | 10. Entry No. | 11. Seal or Other ID Nos. | |

12. Remarks:



SP000000000000461245

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271

**14. PROPERTY** (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0007 | Red Wells Fargo Card | 1 | BG | 1 | EA | $   0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Rodriguez, Rodolfo | X | | 3/20/23 |
| Print Name | | Signature | Date |

**16. ACCEPTANCE / CHAIN OF CUSTODY**

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0007 | Red Wells Fargo Card | R. Rodriguez | | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original

DHS Form 6051S(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 8

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2023260700006301 | | 2. Incident No. 2023SZ0047287 | | |
|---|---|---|---|---|
| 3. Investigative Case No. SS15BX21SS0007 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes   No   If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 03/21/2023 | 7. Time Seized (Use 24 Hrs) 18:12 | 8. FDIN/Misc. |
| 9. Seized From: Name:   HOYOS TERAN, RAMON VENANCIO   Address:   1401 N 43rd Ave, 2040 Phoenix, AZ, 85009, US   Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: \|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\| SP000000000000461246 | | |
| 13. Send Correspondence to: U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271 | | | | |

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0008 | Bank Cards/Disney Chase/UMB Card | 1 | BG | 1 | EA | $   0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer Rodriguez, Rodolfo | X _[signature]_ | 3/20/23 |
|---|---|---|
| Print Name | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0008 | Bank Cards/Disney Chase/UMB Card | R. Rodriguez 5m |  | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original

DHS Form 6051S(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 9

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No.<br>2023260700006301 | 2. Incident No.<br>2023SZ0047287 | | |
|---|---|---|---|
| 3. Investigative Case No.<br>SS15BX21SS0007 | 4. EID Event Number | | |
| 5. Prior Detention?<br>Yes   No   If yes, DHS 6051D No. | 6. Date Seized (mm/dd/yyyy)<br>03/21/2023 | 7. Time Seized (Use 24 Hrs)<br>18:12 | 8. FDIN/Misc. |

| 9. Seized From: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Name:   HOYOS TERAN, RAMON<br>VENANCIO<br><br>Address:   1401 N 43rd Ave, 2040<br>Phoenix, AZ, 85009, US<br><br>Telephone<br>No. | 12. Remarks: | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>SP000000000000461247 |

| 13. Send Correspondence to: |
|---|
| U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271 |

## 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line<br>Item No. | b. Description | c. Packages<br>Number | Type | d. Measurements<br>Qty | UM | e. Est. Dom.<br>Value |
|---|---|---|---|---|---|---|
| 0009 | White Book-Ledger | 1 | BG | 1 | EA | $   0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Rodriguez, Rodolfo | X |  | 3/20/23 |
| Print Name | | Signature | Date |

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line<br>Item No. | b. Description | c. Print Name/Title<br>/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0009 | White Book-Ledger | Rodriguez SA | | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐ |
|---|

DHS Retains Original

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

DHS Form 6051S(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 10

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2023260700006301 | | 2. Incident No. 2023SZ0047287 | | | |
|---|---|---|---|---|---|
| 3. Investigative Case No. SS15BX21SS0007 | | 4. EID Event Number | | | |
| 5. Prior Detention? Yes   No    If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 03/21/2023 | 7. Time Seized (Use 24 Hrs) 18:12 | | 8. FDIN/Misc. |
| 9. Seized From: Name:   HOYOS TERAN, RAMON VENANCIO   Address:   1401 N 43rd Ave, 2040 Phoenix, AZ, 85009, US   Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | | |
| | | 12. Remarks: SP000000000000461248 | | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0010 | Phone Number List | 1 | BG | 1 | EA | $        0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Rodriguez, Rodolfo | X | | 3/20/23 |
| Print Name | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0010 | Phone Number List | Rodrigues SW/BSI |  | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original

DHS Form 6051S(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 11

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2023260700006301 | | 2. Incident No. 2023SZ0047287 | | |
|---|---|---|---|---|
| 3. Investigative Case No. SS15BX21SS0007 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes   No   If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 03/21/2023 | 7. Time Seized (Use 24 Hrs) 18:12 | 8. FDIN/Misc. |
| 9. Seized From: Name:   HOYOS TERAN, RAMON VENANCIO Address:   1401 N 43rd Ave, 2040 Phoenix, AZ, 85009, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: SP00C000000000461249 | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0011 | Hand Drawn Map of Lukeville | 1 | BG | 1 | EA | $   0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Rodriguez, Rodolfo | X | | 3/20/23 |
| Print Name | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0011 | Hand Drawn Map Lukeville | R. Rodriguez FPFI |  | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original

DHS Form 6051S(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 12

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2023260700006301 | | 2. Incident No. 2023SZ0047287 | | |
|---|---|---|---|---|
| 3. Investigative Case No. SS15BX21SS0007 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes    No    If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 03/21/2023 | 7. Time Seized (Use 24 Hrs) 18:12 | 8. FDIN/Misc. |
| 9. Seized From: Name:    HOYOS TERAN, RAMON VENANCIO  Address:    1401 N 43rd Ave, 2040  Phoenix, AZ, 85009, US  Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks:  SP000000000000461250 | | |
| 13. Send Correspondence to: U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271 | | | | |

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0012 | Steno Pad Ledger | 1 | BG | 1 | EA | $    0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Rodriguez, Rodolfo | X | | 3/20/23 |
| Print Name | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0012 | Steno Pad Ledger | R. Rodriguez |  | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original

DHS Form 6051S(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 13

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No.<br>2023260700006301 | | 2. Incident No.<br>2023SZ0047287 | | |
|---|---|---|---|---|
| 3. Investigative Case No.<br>SS1SBX21SS0007 | | 4. EID Event Number | | |
| 5. Prior Detention?<br>Yes  No   If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy)<br>03/21/2023 | 7. Time Seized (Use 24 Hrs)<br>18:12 | 8. FDIN/Misc. |
| 9. Seized From:<br>Name:    HOYOS TERAN, RAMON<br>              VENANCIO<br>Address:  1401 N 43rd Ave, 2040<br>              Phoenix, AZ, 85009, US<br>Telephone<br>No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks:  SP000000000000461251 | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271

## 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0013 | Purple Notebook | 1 | BG | 1 | EA | $         0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Rodriguez, Rodolfo | X | | 3/20/23 |
| Print Name | | Signature | Date |

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0013 | Purple Notebook | C. Rodriguez | | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 14

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2023260700006301 | | 2. Incident No. 2023SZ0047287 | | | |
|---|---|---|---|---|---|
| 3. Investigative Case No. SS15BX21SS0007 | | 4. EID Event Number | | | |
| 5. Prior Detention? Yes  No  If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 03/21/2023 | 7. Time Seized (Use 24 Hrs) 18:12 | | 8. FDIN/Misc. |

9. Seized From:

Name:  HOYOS TERAN, RAMON VENANCIO

Address:  1401 N 43rd Ave, 2040 Phoenix, AZ, 85009, US

Telephone No.

10. Entry No.

11. Seal or Other ID Nos.

12. Remarks:

**SP0000000000000461252**

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0014 | Room A Misc Docs | 1 | BG | 1 | EA | $      0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

### 15. Seizing Officer

| Rodriguez, Rodolfo | X  | 3/20/23 |
|---|---|---|
| Print Name | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0014 | Room A Misc Docs | L. Rodriguez 3/21/6 | | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original

DHS Form 6051S(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023260700006301 GP Group 15

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2023260700006301 | | 2. Incident No. 2023SZ0047287 | | |
|---|---|---|---|---|
| 3. Investigative Case No. SS15BX21SS0007 | | 4. EID Event Number | | |
| 5. Prior Detention? Yes    No    If yes, DHS 6051D No. | | 6. Date Seized (mm/dd/yyyy) 03/21/2023 | 7. Time Seized (Use 24 Hrs) 18:12 | 8. FDIN/Misc. |
| 9. Seized From: Name:      HOYOS TERAN, RAMON VENANCIO Address:   1401 N 43rd Ave, 2040 Phoenix, AZ, 85009, US Telephone No. | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | | 12. Remarks: SP000000000000461253 | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 200 N. MARIPOSA ROAD #B200, NOGALES, AZ, 85621, TEL. No. 5203972271

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0015 | Rainbow Ledger | 1 | BG | 1 | EA | $    0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Rodriguez, Rodolfo | X | | 3/20/23 |
| Print Name | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0015 | Rainbow Ledger | R. Rodriguez | | 3/20/23 |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



DHS Form 6051S(08/09)